Filing # 97632388 E-Filed 10/21/2019 07:48:08 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

---

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE ELEVENTH   JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE   COUNTY, FLORIDA

Case No.:_____
Judge: _____

BALBINA CACERES MARTIN, individually, and as PR of the of the Estate of ARTURO MARTIN
Plaintiff
            vs.
SALSON LOGISTICS, INC.
Defendant

---

**II.      TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☒ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,000 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☐ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.      REMEDIES SOUGHT** (check all that apply):
☒    Monetary;
☐    Non-monetary declaratory or injunctive relief;
☐    Punitive

**IV.      NUMBER OF CAUSES OF ACTION: (      )**
(Specify)

<u>1</u>

**V.      IS THIS CASE A CLASS ACTION LAWSUIT?**
☐    Yes
☒    No

**VI.      HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒    No
☐    Yes – If "yes" list all related cases by name, case number and court:

**VII.      IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒    Yes
☐    No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ William C. Ruggiero</u>      FL Bar No.: <u>878499</u>
   Attorney or party                                        (Bar number, if attorney)

<u>William C. Ruggiero</u>   <u>10/21/2019</u>
   (Type or print name)                         Date

Filing # 97632388 E-Filed 10/21/2019 07:48:08 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

**BALBINA CACERES MARTIN, individually,**
**and as Personal Representative of the Estate**
**of ARTURO MARTIN, deceased,**

       Plaintiff,

vs.

**SALSON LOGISTICS, INC.,**

       Defendant.

_____/

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, BALBINA CACERES MARTIN, individually, and as Personal Representative of the Estate of ARTURO MARTIN, deceased, by and through undersigned counsel and sues the Defendant, SALSON LOGISTICS, INC., and alleges:

1.    That this is a wrongful death action for damages in excess of $15,000.00 which exceeds the jurisdictional limits of this court.

2.    That at all times material hereto the Plaintiff, BALBINA CACERES MARTIN, individually, and as Personal Representative of the Estate of ARTURO MARTIN, deceased, was a resident of Hialeah, Miami-Dade County, Florida, and is sui juris.

3.    That the Defendant, SALSON LOGISTICS, INC., is and has been at all times material hereto licensed to do business in the State of Florida.

4.    That on or about June 24, 2019, the Defendant owned, leased, operated, and/or maintained, a semi-tractor that was being operated by its permissive

driver with its knowledge and permission at or near the intersection of N.W. 72nd Avenue and N.W. 36th Street, Miami, Miami-Dade County, Florida.

5.      That at said time and place the permissive driver negligently operated and/or maintained said semi-tractor so that it collided with ARTURO MARTIN, who was operating a scooter.

6.      That as a result thereof ARTURO MARTIN, suffered severe bodily injury, resulting in his death.

7.      The Defendant, SALSON LOGISTICS, INC., was at all times material the lawful owner of the vehicle which collided with ARTURO MARTIN.  As a result, the Defendant is vicariously liable for all injuries caused by its permissive driver, who was operating the semi-tractor with its knowledge and permission.

8.      As a direct and proximate result of the Defendant's permissive driver's negligence, ARTURO MARTIN died.

9.      The following damages are therefore claimed by the Estate and its Survivors pursuant to Florida Statute, the Wrongful Death Act:

10.     The Estate of ARTURO MARTIN has in the past suffered and will in the future continue to suffer the following damages:

      a.      Medical and funeral expenses or both, which have been incurred due to ARTURO MARTIN'S death, which have become a charge against his Estate or were paid by or on behalf of the Decedent; and

      b.      Loss of earnings and net accumulations, which otherwise were reasonably expected but for his wrongful death.

11.     BALBINA CACERES MARTIN, individually, as the surviving spouse

of ARTURO MARTIN, has in the past suffered and will in the future continue to suffer the following damages:

        a.      The value of the loss of support and services of ARTURO MARTIN from the date of the negligence in this case until the date of his death.

        b.      The future loss of support and services of ARTURO MARTIN from the date of his death; and

        c.      The loss of ARTURO MARTIN's companionship and protection and for his mental pain and suffering from the date of negligence in this case.

WHEREFORE, the Plaintiff, BALBINA CACERES MARTIN, individually and as Personal Representative of the Estate of ARTURO MARTIN, demands judgment for damages against the Defendant and a trial by jury of all issues triable as a right by a jury.

DATED this 21st day of October, 2019.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY:   /s/ William C. Ruggiero
          WILLIAM C. RUGGIERO
          Florida Bar No. 878499

WCR:frt

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 19-031296 CA 21

**BALBINA CACERES MARTIN, individually,**
**and as Personal Representative of the Estate**
**of ARTURO MARTIN, deceased,**

      Plaintiff,

vs.

**SALSON LOGISTICS, INC.,**

      Defendant.               ***CIVIL ACTION SUMMONS***
_____/

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

**Salson Logistics, Inc.**
**By Serving Registered Agent:  HCRM Corp.**
**2200 Corporate Boulevard, N.W., Suite 401**
**Boca Raton, Florida   33431**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE**
**Museum Plaza, Suite 703**
**200 South Andrews Avenue**
**Fort Lauderdale, Florida  33301**
**(954) 462-2300**
**Email:  Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____, 2019.

                                    HARVEY RUVIN
                                    as Clerk of said Court

(SEAL)                          BY: _____
                                    Deputy Clerk

WCR:frt
October 23, 2019

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 19-031296 CA 21

**BALBINA CACERES MARTIN, individually,
and as Personal Representative of the Estate
of ARTURO MARTIN, deceased,**

        Plaintiff,

vs.

**SALSON LOGISTICS, INC.,**

        Defendant.               *CIVIL ACTION SUMMONS*
_____/

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

**Salson Logistics, Inc.**
**By Serving Registered Agent:  HCRM Corp.**
**2200 Corporate Boulevard, N.W., Suite 401**
**Boca Raton, Florida   33431**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE**
**Museum Plaza, Suite 703**
**200 South Andrews Avenue**
**Fort Lauderdale, Florida  33301**
**(954) 462-2300**
**Email:  Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____10/29/2019_____, 2019.

                    HARVEY RUVIN
                    as Clerk of said Court

(SEAL)                BY: _____ 219401
                      Deputy Clerk

WCR:frt
October 23, 2019

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 19-031296 CA 21

**BALBINA CACERES MARTIN, individually,**
**and as Personal Representative of the Estate**
**of ARTURO MARTIN, deceased,**

       Plaintiff,

vs.

**SALSON LOGISTICS, INC. and**
**CEDRICK SAMUEL WILSON,**

       Defendants.

_____/

## AMENDED COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, BALBINA CACERES MARTIN, individually, and as Personal Representative of the Estate of ARTURO MARTIN, deceased, by and through undersigned counsel and sues the Defendants, SALSON LOGISTICS, INC. and CEDRICK SAMUEL WILSON, and alleges:

1.    That this is a wrongful death action for damages in excess of $15,000.00 which exceeds the jurisdictional limits of this court.

2.    That at all times material hereto the Plaintiff, BALBINA CACERES MARTIN, individually, and as Personal Representative of the Estate of ARTURO MARTIN, deceased, was a resident of Hialeah, Miami-Dade County, Florida, and is sui juris.

3.    That the Defendant, SALSON LOGISTICS, INC., is and has been at

all times material hereto licensed to do business in the State of Florida.

4.     That at all times material hereto the Defendant, CEDRICK SAMUEL WILSON, was a resident of Riverdale, Clayton County, Georgia, is sui juris and is concealing his whereabouts or is a non-resident.

## COUNT I
## Claim Against Defendant, SALSON LOGISTICS, INC.

The Plaintiff reaffirms and realleges each and every allegation contained in paragraphs 1 through 4 as if fully set forth herein.

5.     That on or about June 24, 2019, the Defendant owned, leased, operated, and/or maintained, a semi-tractor that was being operated by its permissive driver with its knowledge and permission at or near the intersection of N.W. 72nd Avenue and N.W. 36th Street, Miami, Miami-Dade County, Florida.

6.     That at said time and place the permissive driver negligently operated and/or maintained said semi-tractor so that it collided with ARTURO MARTIN, who was operating a scooter.

7.     That as a result thereof ARTURO MARTIN, suffered severe bodily injury, resulting in his death.

8.     The Defendant, SALSON LOGISTICS, INC., was at all times material the lawful owner of the vehicle which collided with ARTURO MARTIN.  As a result, the Defendant is vicariously liable for all injuries caused by its permissive driver, who was operating the semi-tractor with its knowledge and permission.

9.     As a direct and proximate result of the Defendant's permissive driver's negligence, ARTURO MARTIN died.

10.     The following damages are therefore claimed by the Estate and its Survivors pursuant to Florida Statute, the Wrongful Death Act:

11.     The Estate of ARTURO MARTIN has in the past suffered and will in the future continue to suffer the following damages:

a.      Medical and funeral expenses or both, which have been incurred due to ARTURO MARTIN'S death, which have become a charge against his Estate or were paid by or on behalf of the Decedent; and

b.      Loss of earnings and net accumulations, which otherwise were reasonably expected but for his wrongful death.

12.     BALBINA CACERES MARTIN, individually, as the surviving spouse of ARTURO MARTIN, has in the past suffered and will in the future continue to suffer the following damages:

a.      The value of the loss of support and services of ARTURO MARTIN from the date of the negligence in this case until the date of his death.

b.      The future loss of support and services of ARTURO MARTIN from the date of his death; and

c.      The loss of ARTURO MARTIN's companionship and protection and for his mental pain and suffering from the date of negligence in this case.

WHEREFORE, the Plaintiff, BALBINA CACERES MARTIN, individually and as Personal Representative of the Estate of ARTURO MARTIN, demands judgment for

damages against the Defendant, SALSON LOGISTICS, INC., and a trial by jury of all issues triable as a right by a jury.

## COUNT II
## Claim Against Defendant, CEDRICK SAMUEL WILSON

The Plaintiff reaffirms and realleges each and every allegation contained in paragraphs 1 through 4 as if fully set forth herein.

13.     That on or about June 24, 2019, the Defendant, SALSON LOGISTICS, INC., owned, leased, operated, and/or maintained, a semi-tractor that was being operated by its permissive driver, the Defendant, CEDRICK SAMUEL WILSON, with its knowledge and permission at or near the intersection of N.W. 72nd Avenue and N.W. 36th Street, Miami, Miami-Dade County, Florida.

14.     That at said time and place the permissive driver, Defendant CEDRICK SAMUEL WILSON, negligently operated and/or maintained said semi-tractor so that it collided with ARTURO MARTIN, who was operating a scooter.

15.     That as a result thereof ARTURO MARTIN, suffered severe bodily injury, resulting in his death.

16.     The Defendant, SALSON LOGISTICS, INC., was at all times material the lawful owner of the vehicle driven by Defendant, CEDRICK SAMUEL WILSON, which collided with ARTURO MARTIN.  As a result, the Defendant, SALSON LOGISTICS, INC., is vicariously liable for all injuries caused by its permissive driver, who was operating the semi-tractor with its knowledge and permission.

17.     As a direct and proximate result of the Defendant's permissive driver,

Defendant, CEDRICK SAMUEL WILSON's negligence, ARTURO MARTIN died.

18.     The following damages are therefore claimed by the Estate and its Survivors pursuant to Florida Statute, the Wrongful Death Act:

19.     The Estate of ARTURO MARTIN has in the past suffered and will in the future continue to suffer the following damages:

> a.      Medical and funeral expenses or both, which have been incurred due to ARTURO MARTIN'S death, which have become a charge against his Estate or were paid by or on behalf of the Decedent; and
>
> b.      Loss of earnings and net accumulations, which otherwise were reasonably expected but for his wrongful death.

20.     BALBINA CACERES MARTIN, individually, as the surviving spouse of ARTURO MARTIN, has in the past suffered and will in the future continue to suffer the following damages:

> a.      The value of the loss of support and services of ARTURO MARTIN from the date of the negligence in this case until the date of his death.
>
> b.      The future loss of support and services of ARTURO MARTIN from the date of his death; and
>
> c.      The loss of ARTURO MARTIN's companionship and protection and for his mental pain and suffering from the date of negligence in this case.

WHEREFORE, the Plaintiff, BALBINA CACERES MARTIN, individually and

as Personal Representative of the Estate of ARTURO MARTIN, demands judgment for

damages against the Defendant, CEDRICK SAMUEL WILSON, and a trial by jury of all

issues triable as a right by a jury.

DATED this <u>21st</u> day of November, 2019.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com


BY:   /s/ *William C. Ruggiero*
         WILLIAM C. RUGGIERO
         Florida Bar No. 878499

WCR:frt

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 19-031296 CA 21

**BALBINA CACERES MARTIN, individually,**
**and as Personal Representative of the Estate**
**of ARTURO MARTIN, deceased,**

       Plaintiff,

vs.

**SALSON LOGISTICS, INC. and**
**CEDRICK SAMUEL WILSON,**

       Defendants.

_____/

## <u>AMENDED COMPLAINT FOR DAMAGES</u>

       COMES NOW, the Plaintiff, BALBINA CACERES MARTIN, individually, and

as Personal Representative of the Estate of ARTURO MARTIN, deceased, by and through

undersigned counsel and sues the Defendants, SALSON LOGISTICS, INC. and CEDRICK

SAMUEL WILSON, and alleges:

       1.    That this is a wrongful death action for damages in excess of

$15,000.00 which exceeds the jurisdictional limits of this court.

       2.    That at all times material hereto the Plaintiff, BALBINA CACERES

MARTIN, individually, and as Personal Representative of the Estate of ARTURO MARTIN,

deceased, was a resident of Hialeah, Miami-Dade County, Florida, and is sui juris.

       3.    That the Defendant, SALSON LOGISTICS, INC., is and has been at

all times material hereto licensed to do business in the State of Florida.

       4.    That at all times material hereto the Defendant, CEDRICK SAMUEL WILSON, was a resident of Riverdale, Clayton County, Georgia, is sui juris and is concealing his whereabouts or is a non-resident.

**COUNT I**
**Claim Against Defendant, SALSON LOGISTICS, INC.**

       The Plaintiff reaffirms and realleges each and every allegation contained in paragraphs 1 through 4 as if fully set forth herein.

       5.    That on or about June 24, 2019, the Defendant owned, leased, operated, and/or maintained, a semi-tractor that was being operated by its permissive driver with its knowledge and permission at or near the intersection of N.W. 72nd Avenue and N.W. 36th Street, Miami, Miami-Dade County, Florida.

       6.    That at said time and place the permissive driver negligently operated and/or maintained said semi-tractor so that it collided with ARTURO MARTIN, who was operating a scooter.

       7.    That as a result thereof ARTURO MARTIN, suffered severe bodily injury, resulting in his death.

       8.    The Defendant, SALSON LOGISTICS, INC., was at all times material the lawful owner of the vehicle which collided with ARTURO MARTIN.  As a result, the Defendant is vicariously liable for all injuries caused by its permissive driver, who was operating the semi-tractor with its knowledge and permission.

       9.    As a direct and proximate result of the Defendant's permissive driver's negligence, ARTURO MARTIN died.

10.     The following damages are therefore claimed by the Estate and its Survivors pursuant to Florida Statute, the Wrongful Death Act:

11.     The Estate of ARTURO MARTIN has in the past suffered and will in the future continue to suffer the following damages:

a.      Medical and funeral expenses or both, which have been incurred due to ARTURO MARTIN'S death, which have become a charge against his Estate or were paid by or on behalf of the Decedent; and

b.      Loss of earnings and net accumulations, which otherwise were reasonably expected but for his wrongful death.

12.     BALBINA CACERES MARTIN, individually, as the surviving spouse of ARTURO MARTIN, has in the past suffered and will in the future continue to suffer the following damages:

a.      The value of the loss of support and services of ARTURO MARTIN from the date of the negligence in this case until the date of his death.

b.      The future loss of support and services of ARTURO MARTIN from the date of his death; and

c.      The loss of ARTURO MARTIN's companionship and protection and for his mental pain and suffering from the date of negligence in this case.

WHEREFORE, the Plaintiff, BALBINA CACERES MARTIN, individually and as Personal Representative of the Estate of ARTURO MARTIN, demands judgment for

damages against the Defendant, SALSON LOGISTICS, INC., and a trial by jury of all issues triable as a right by a jury.

## COUNT II
## Claim Against Defendant, CEDRICK SAMUEL WILSON

The Plaintiff reaffirms and realleges each and every allegation contained in paragraphs 1 through 4 as if fully set forth herein.

13.    That on or about June 24, 2019, the Defendant, SALSON LOGISTICS, INC., owned, leased, operated, and/or maintained, a semi-tractor that was being operated by its permissive driver, the Defendant, CEDRICK SAMUEL WILSON, with its knowledge and permission at or near the intersection of N.W. 72nd Avenue and N.W. 36th Street, Miami, Miami-Dade County, Florida.

14.    That at said time and place the permissive driver, Defendant CEDRICK SAMUEL WILSON, negligently operated and/or maintained said semi-tractor so that it collided with ARTURO MARTIN, who was operating a scooter.

15.    That as a result thereof ARTURO MARTIN, suffered severe bodily injury, resulting in his death.

16.    The Defendant, SALSON LOGISTICS, INC., was at all times material the lawful owner of the vehicle driven by Defendant, CEDRICK SAMUEL WILSON, which collided with ARTURO MARTIN.  As a result, the Defendant, SALSON LOGISTICS, INC., is vicariously liable for all injuries caused by its permissive driver, who was operating the semi-tractor with its knowledge and permission.

17.    As a direct and proximate result of the Defendant's permissive driver,

Defendant, CEDRICK SAMUEL WILSON's negligence, ARTURO MARTIN died.

18.   The following damages are therefore claimed by the Estate and its Survivors pursuant to Florida Statute, the Wrongful Death Act:

19.   The Estate of ARTURO MARTIN has in the past suffered and will in the future continue to suffer the following damages:

   a.   Medical and funeral expenses or both, which have been incurred due to ARTURO MARTIN'S death, which have become a charge against his Estate or were paid by or on behalf of the Decedent; and

   b.   Loss of earnings and net accumulations, which otherwise were reasonably expected but for his wrongful death.

20.   BALBINA CACERES MARTIN, individually, as the surviving spouse of ARTURO MARTIN, has in the past suffered and will in the future continue to suffer the following damages:

   a.   The value of the loss of support and services of ARTURO MARTIN from the date of the negligence in this case until the date of his death.

   b.   The future loss of support and services of ARTURO MARTIN from the date of his death; and

   c.   The loss of ARTURO MARTIN's companionship and protection and for his mental pain and suffering from the date of negligence in this case.

WHEREFORE, the Plaintiff, BALBINA CACERES MARTIN, individually and

as Personal Representative of the Estate of ARTURO MARTIN, demands judgment for

damages against the Defendant, CEDRICK SAMUEL WILSON, and a trial by jury of all

issues triable as a right by a jury.

DATED this 21st day of November, 2019.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY:   /s/ William C. Ruggiero
        WILLIAM C. RUGGIERO
        Florida Bar No. 878499

WCR:frt

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 19-031296 CA 21

**BALBINA CACERES MARTIN, individually,**
**and as Personal Representative of the Estate**
**of ARTURO MARTIN, deceased,**

        Plaintiff,

vs.

**SALSON LOGISTICS, INC. and**
**CEDRICK SAMUEL WILSON,**

        Defendants.               ***CIVIL ACTION SUMMONS***
_____/

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint
in this lawsuit on Defendant:

**Cedrick Samuel Wilson**
**6961 Apache Lane**
**Riverdale, Georgia   30274**

Each Defendant is required to serve written defenses to the Complaint or Petition on
Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE**
**Museum Plaza, Suite 703**
**200 South Andrews Avenue**
**Fort Lauderdale, Florida  33301**
**(954) 462-2300**
**Email:  Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of
service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade
County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on
Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be
entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____, 2019.

                                     HARVEY RUVIN
                                     as Clerk of said Court

(SEAL)                               BY: _____
                                         Deputy Clerk

WCR:frt
December 2, 2019

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 19-031296 CA 21

**BALBINA CACERES MARTIN, individually,
and as Personal Representative of the Estate
of ARTURO MARTIN, deceased,**

        Plaintiff,

vs.

**SALSON LOGISTICS, INC. and
CEDRICK SAMUEL WILSON,**

        Defendants.          ***CIVIL ACTION SUMMONS***
_____/

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint
in this lawsuit on Defendant:

**Cedrick Samuel Wilson
6961 Apache Lane
Riverdale, Georgia 30274**

Each Defendant is required to serve written defenses to the Complaint or Petition on
Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
(954) 462-2300
Email: Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of
service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade
County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on
Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be
entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____12/3/2019_____, 2019.

                         HARVEY RUVIN
                         as Clerk of said Court

(SEAL)                  BY: _____
                         Deputy Clerk   219404

WCR:frt
December 2, 2019

## AFFIDAVIT OF NON-SERVICE

**State of Florida**                    **County of Miami-Dade**                              **Circuit Court**

Case Number: 19-031296 CA 21

Plaintiff:
**BALBINA CACERES MARTIN, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF ARTURO MARTIN, DECEASED**

vs.

Defendant:
**SALSON LOGISTICS, INC.**

For:
William C. Ruggiero, Esquire
LAW OFFICES OF WILLIAM C. RUGGIERO
Suite 703 - Museum Plaza
200 South Andrews Avenue
Fort Lauderdale, FL 33301

Received by Gotcha Legal Services, Inc. on the 5th day of December, 2019 at 1:11 pm to be served on **CEDRICK SAMUEL WILSON, 6961 APACHE LANE, RIVERDALE, GA 30274.**

I, Roger Malone, being duly sworn, depose and say that on the **12th day of December, 2019 at 5:00 pm, I:**

**NON-SERVED** the **Civil Action Summons and Amended Complaint for Damages** for the reason that I failed to find **CEDRICK SAMUEL WILSON** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
12/7/2019 1:30 pm  Attempted service at 6961 Apache Lane, Riverdale, GA 30274. I found there to be no one at the residence. There were no cars in the driveway, all the shades were pulled down where no one could see inside, and the home appeared to be unkempt outside as if no one lived there. I attempted to check with both of the neighbors and no one would answer the doors at either location. Left contact card.
12/9/2019 2:09 pm  I received contact from Cedrick Wilson this morning.
He advised that he is an "over the road" truck driver and is not home and won't be home for a while.
He said he would call me when he is on his way home the NEXT TIME in.
I do have his contact information. He responded to me with this email address. I assume maybe he works for GMC.
EMAIL: GMCworldwide1979 <cedrickswilson@gmail.com>
PHONE:  404-997-9090 (May not answer)
12/12/2019  5:00 pm  Return affidavit of non serve per client.

I certify that I have no interest in the above action, am of legal age have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 16th day
of December, 2019 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

SHEILA LEWIS
NOTARY
EXPIRES
GEORGIA
Aug 29, 2020
PUBLIC
CHEROKEE COUNTY

**Roger Malone**
Process Server

Gotcha Legal Services, Inc.
P.O. Box 840324
Pembroke Pines, FL 33084
(954) 274-1337

Our Job Serial Number: CIZ-2019017509

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g



IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 19-031296 CA 21

**BALBINA CACERES MARTIN, individually,**
**and as Personal Representative of the Estate**
**of ARTURO MARTIN, deceased,**

          Plaintiff,

vs.

                                            *ALIAS CIVIL ACTION SUMMONS*

**SALSON LOGISTICS, INC. and**
**CEDRICK SAMUEL WILSON,**

          Defendants.
_____/

TO:    **Cedrick Samuel Wilson**
        By Serving:  Secretary of State
        State of Florida
        Tallahassee, Florida

### PURSUANT TO FLORIDA STATUTE 48.171

       A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court.  A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

       If you choose to file a written response yourself, at the same time you file your written response to the Court, located at: **Clerk, Circuit Court, Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida  33130.**

       You must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below:

                      WILLIAM C. RUGGIERO, ESQUIRE
                      Museum Plaza, Suite 703
                      200 South Andrews Avenue
                      Fort Lauderdale, Florida  33301
                      Phone:  (954) 462-2300
                      Email:  Ruggiero@wcrlaw.com

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:  You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named Defendant.

DATED ON _____, 2020.

                      HARVEY RUVIN
                      as Clerk of said Court

                  By: _____
                      As Deputy Clerk
                      (Court Seal)

WCR:frt
January 9, 2020

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.:  19-031296-CA-21

BALBINA CACERES MARTIN, individually,
and as Personal Representative of the Estate
of ARTURO MARTIN, deceased,

       Plaintiff,

vs.

SALSON LOGISTICS, INC. and
CEDRICK SAMUEL WILSON,

       Defendants.

_____/

### NOTICE OF APPEARANCE AND NOTICE OF DESIGNATION SECONDARY E-MAIL ADDRESSES IN COMPLIANCE WITH NEW MANDATORY E-MAIL SERVICE RULE

PLEASE BE ADVISED that Gary F. Baumann, Esq. and Michael J. Pedowitz, Esq. from the Law Offices of Baumann, Gant & Keeley, P.A., 1401 East Broward Boulevard, Suite 200, Fort Lauderdale, FL  33301, hereby files this Notice of Appearance on behalf of Defendant, SALSON LOGISTICS, INC.  Please add the undersigned to your service list.

PLEASE BE FURTHER ADVISED, that the Defendant, SALSON LOGISTICS, INC.,  by and through undersigned counsel, and in accordance with Florida Rule of Civil Procedure 1.080 (as amended effective September 1, 2012) and new Florida Rule Judicial Administration 2.516 (as enacted effective September 1, 2012), hereby designates undersigned counsel's primary and secondary electronic mail addresses in the above styled cause and respectfully requests that copies of all orders, process, pleadings, and other documents filed or served in this matter be served at the primary and secondary e-mail addresses listed below, with such service e-mail complying with

Rule 2.516(b)(1)(E).  Service of hard copies is to be made in addition to e-mail service required by new Rule 2.516(b)(1)(A).

Primary:  gbaumann@baumannlegal.com
mpedowitz@baumannlegal.com
Secondary:  dcaleca@baumannlegal.com
ekravets@baumannlegal.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was served via electronic mail pursuant to Florida Rule of Judicial Administration 2.516 using Florida Court's E-Filing Portal to counsel of record listed for this case on January 8, 2020.

**BAUMANN, GANT & KEELEY, P.A.**
Attorneys for Defendant,
*SALSON LOGISTICS, INC.*
1401 East Broward Boulevard, Suite 200
Fort Lauderdale, FL 33301
Phone: (954) 440-4611
Fax: (954) 440-4613

*/s/ Michael Pedowitz*
Gary F. Baumann, Esq.
FL Bar No.: 089052
gbaumann@baumannlegal.com
Michael J. Pedowitz, Esq.
FL Bar No.: 1002540
mpedowitz@baumannlegal.com

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 19-031296-CA-21

BALBINA CACERES MARTIN, individually,
and as Personal Representative of the Estate
of ARTURO MARTIN, deceased,

      Plaintiff,

vs.

SALSON LOGISTICS, INC. and
CEDRICK SAMUEL WILSON,

      Defendants.

_____/

## DEFENDANT, SALSON LOGISTICS, INC.'S MOTION TO QUASH SERVICE

COMES NOW, the Defendant, SALSON LOGISTICS, INC. ("Salson Logistics"), by and through the undersigned counsel, and pursuant to Rule 1.140(b)(4) and (5), Fla. R. Civ. P. hereby moves this honorable court for the entry of an order quashing purported service of process upon Defendant, SALSON LOGISTICS, INC., and as grounds states as follows:

1.      On or about November 25, 2019, Salson Logistics was served with the Complaint filed by Plaintiff, Balbina Caceres Martin, individually, and as Personal Representative of the Estate of Arturo Martin, deceased ("Plaintiff") in this action. A true and correct copy of the Summons and Complaint is attached as Exhibit "A."

2.      The requirements for service of process are quite basic. Fla. Stat. § 48.031(1)(a) provides:

> Service of original process is made by delivering a copy of it to the person to be served with a copy of the complaint, petition, or other initial pleading or paper or by leaving the copies at his or her usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents

3.     Both the Summons and the Complaint name "Salson Logistics, Inc." as a defendant. However, Salson Logistics, Inc. is a foreign corporation and Plaintiff had the summons issued to the registered agent of an inactive Florida corporation, "Salson Logistics of Florida, Inc." *See* Exhibit "A."

4.     Salson Logistics is a separate foreign entity that has a different principal place of business and different registered agents.

5.     In this case, Plaintiff did not effectuate service on the Registered Agent identified on the Summons that was issued by the Court, but instead had the summons and complaint served at its business address located in Newark, New Jersey.

6.     Rather than serve someone other than the registered agent listed on the summons, Plaintiff was to file an alias summons, which was not done in this case.

7.     When a misnomer misleads who is to be served, the misnomer is significant and renders the service improper.  *Mcgee v. Cook*, No. 8:09-cv-2543-T-27TGW, (M.D. Fla. 2011); *see also Rajbhandari v. US Bank*, No: 13-81218-CIV, (S.D. Fla. 2014) (granting a motion to quash service where the summons was issued to "Law Offices of Gary I. Gassel, P.A." but was served to "Law Offices of Gary Gassel, P.A.," citing confusion).

8.     Once a defect in the return of service is shown, the burden of demonstrating regular service is on the party seeking to invoke the court's jurisdiction.  *Bennett v. Christiana Bank & Trust Co.*, 50 So. 3d 43 (Fla. 3d DCA 2010).  On the facts at bar, this is a burden that Plaintiff cannot meet.  Salson Logistics was not properly identified as a foreign corporation and the summons was issued to a Register Agent of an inactive Florida corporation. As such, service must be quashed.

9.     Plaintiff has named the wrong entity in its Complaint.  Because of this misnomer, service is improper, and service should be quashed.

WHEREFORE, Defendant, SALSON LOGISTICS, INC. requests that this Court quash the Summons and service of process of Plaintiff's Complaint, and grant such other and further relief as this Court deems just and proper.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was served via electronic mail pursuant to Florida Rule of Judicial Administration 2.516 using Florida Court's E-Filing Portal to all counsel of record on January 8, 2020.

**BAUMANN, GANT & KEELEY, P.A.**
Attorneys for Defendant,
*SALSON LOGISTICS, INC.*
1401 East Broward Boulevard, Suite 200
Fort Lauderdale, FL 33301
Phone: (954) 440-4611
Fax: (954) 440-4613

*/s/ Michael J. Pedowitz*
Gary F. Baumann, Esq.
FL Bar No.: 089052
gbaumann@baumannlegal.com
Michael J. Pedowitz, Esq.
FL Bar No.: 1002540
mpedowitz@baumannlegal.com

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 19-031296 CA 21

**BALBINA CACERES MARTIN, individually,**
**and as Personal Representative of the Estate**
**of ARTURO MARTIN, deceased,**

       Plaintiff,

vs.

**SALSON LOGISTICS, INC.,**

       Defendant.               ***CIVIL ACTION SUMMONS***
_____/

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint
in this lawsuit on Defendant:

**Salson Logistics, Inc.**
**By Serving Registered Agent: HCRM Corp.**
**2200 Corporate Boulevard, N.W., Suite 401**
**Boca Raton, Florida 33431**

Each Defendant is required to serve written defenses to the Complaint or Petition on
Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE**
**Museum Plaza, Suite 703**
**200 South Andrews Avenue**
**Fort Lauderdale, Florida 33301**
**(954) 462-2300**
**Email: Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of
service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade
County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on
Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be
entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____10/29/2019_____, 2019.

                         HARVEY RUVIN
                         as Clerk of said Court

(SEAL)                      BY: _____ 219401
                                Deputy Clerk

WCR:frt
October 23, 2019

Filing # 101578711 E-Filed 01/09/2020 11:12:17 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:  19-031296 CA 21

**BALBINA CACERES MARTIN, individually,
and as Personal Representative of the Estate
of ARTURO MARTIN, deceased,**

        Plaintiff,

vs.

**SALSON LOGISTICS, INC. and
CEDRICK SAMUEL WILSON,**

        Defendant.
_____/

<u>**NOTICE OF HEARING**</u>
**MOTION CALENDAR**

      **PLEASE BE ADVISED** that the above-styled cause will come to be heard on

<u>**Defendant, Salson Logistics, Inc.'s Motion to Quash Service**</u> before the Honorable **DAVID**

**C. MILLER**, Judge of the above styled Court on <u>**January 23, 2020**</u> at <u>**8:00 a.m.**</u> in chambers

at the Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida  33130 or as

soon thereafter as  Counsel can be heard.

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing was

emailed this <u>9th day of January 2020</u> to: **Gary F. Baumann, Esquire and Michael Pedowitz,**

**Esquire,** Baumann, Gant & Keeley, P.A., 1401 East Broward Boulevard, Suite 200, Fort

Lauderdale, Florida  33301, 954-440-4611 (Email:  gbaumann@baumannlegal.com;

m p e d o w i t z @ b a u m a n n l e g a l . c o m ;    d c a l e c a @ b a u m a n n l e g a l . c o m ;

ekravets@baumannlegal.com).

        I HEREBY CERTIFY that a good faith effort to resolve these matters has been made prior to the filing of this Notice of Hearing or will be made prior to the date of the hearing and that the issues before the Court may be heard and resolved by the Court within five (5) minutes.

                                   LAW OFFICE OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone:  (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY:   /s/ *William C. Ruggiero*
            WILLIAM C. RUGGIERO
            Florida Bar No. 878499

WCR:frt

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:  19-031296 CA 21

**BALBINA CACERES MARTIN, individually,
and as Personal Representative of the Estate
of ARTURO MARTIN, deceased,**

        Plaintiff,

vs.

                               *ALIAS CIVIL ACTION SUMMONS*

**SALSON LOGISTICS, INC. and
CEDRICK SAMUEL WILSON,**

        Defendants.
_____/

TO:  **Cedrick Samuel Wilson**
     By Serving:  Secretary of State
     State of Florida
     Tallahassee, Florida

**PURSUANT TO FLORIDA STATUTE 48.171**

     A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court.  A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the Court, located at: **Clerk, Circuit Court, Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida  33130.**

     You must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below:

        WILLIAM C. RUGGIERO, ESQUIRE
        Museum Plaza, Suite 703
        200 South Andrews Avenue
        Fort Lauderdale, Florida  33301
        Phone:  (954) 462-2300
        Email:  Ruggiero@wcrlaw.com

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:  You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named Defendant.

DATED ON  ___1/9/2020_____, 2020.

        HARVEY RUVIN
        as Clerk of said Court

        By: _____
        As Deputy Clerk
        (Court Seal)

WCR:frt
January 9, 2020

**IN THE CIRCUIT COURT OF THE**
**11TH JUDICIAL CIRCUIT IN AND FOR**
**MIAMI-DADE COUNTY, FLORIDA**

**CIRCUIT CIVIL DIVISION**
**CASE NO:** 19 - 031296 CA 21

Balbina Caceres Martin, individually,
and as Personal Representative of the Estate
of Arturo Martin, **Plaintiff(s),**
deceased

vs.

Salson Logistics, Inc. and
Cedrick Samuel Wilson

**Defendant(s),**

**ORDER**
**GRANTING/DENYING**
**PLAINTIFF'S/DEFENDANT'S**
Motion to Quash Service

_____/

**THIS CAUSE** having come on to be heard on January 23, 2020
on Plaintiff's/Defendant's Motion

Salson Logistics, Inc., Motion to Quash Service of Process

and the Court having heard arguments of counsel, and being otherwise advised in the premises, it is thereupon

**ORDERED AND ADJUDGED** that said Motion be, and the same is hereby

Denied. Defendant shall have 20 days to
file a response to Plaintiff's Amended Complaint.

_____

_____

_____

_____

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida this 23rd

day of
January                                , 2020 .

**CIRCUIT COURT JUDGE**

DAVID C. MILLER
CIRCUIT COURT JUDGE

Copies furnished to: Counsel of Record

117_01-554   3/11

[stamp:] 2020 JAN 23 PM 5:09  FILED FOR RECORD  CLERK CIRCUIT & COUNTY COURTS  MIAMI-DADE COUNTY, FLA  CIVIL #3

lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (/PremierServices/accountmanager.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

---

◀◀ Back to Results

---

**Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding Access Security Matrix. (https://www.floridasupremecourt.org/content/download/241418/2133339/AOSC18-16.pdf)**

---

## BALBINA CACERES MARTIN ET AL VS SALSON LOGISTICS, INC. ET AL

**Local Case Number:** 2019-031296-CA-01

**Filing Date:** 10/21/2019

**State Case Number:** 132019CA031296000001

**Case Type:** Auto Negligence

**Consolidated Case No.:** N/A

**Judicial Section:** CA21

**Case Status:** OPEN

---

### 👥 Parties

Number of Parties: 5  ▬

⤷Export to ▾

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | MARTIN, BALBINA CACERES | *B#: (Bar Number)*878499 *N: (Attorney Name)*William Ruggiero | |

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Defendant | SALSON LOGISTICS, INC. | **B#: (Bar Number)**1002540 <br> **N: (Attorney Name)**Pedowitz, Michael Joseph | |
| Plaintiff | MARTIN (PR OF THE ESTATE OF), BALBINA CACERES | | |
| Defendant | Wilson, Cedrick Samuel | | |
| Plaintiff AKA | MARTIN (DECEASED), ARTURO | | |

## 🔨 Hearing Details

Number of Hearing: 1 **+**

## 🔊 Dockets

Dockets Retrieved: 23 **—**

Export to ▾

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 19 | 01/23/2020 | | Order: | Event | **DENYING DEFENDANT'S MOTION TO QUASH SERVICE** |
| | | 01/23/2020 | | Motion Calendar | Hearing | **DEFENDANT, SALSON LOGISTICS, INC.'S MOTION TO QUASH SERVICE** |
| | 18 | 01/10/2020 | | Receipt: | Event | **RECEIPT#:3550170 AMT PAID:$10.00 NAME:WILLIAM RUGGIERO 200 S ANDREWS AVE # 703 FORT LAUDERDALE FL 33301-1864 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:** |
| | | 01/09/2020 | | 20 Day Summons Issued | Service | |
| 📄 | 17 | 01/09/2020 | | ESummons 20 Day Issued | Event | *Parties: Wilson Cedrick Samuel* |
| 📄 | 16 | 01/09/2020 | | Notice of Hearing- | Event | **1/23/2020** |
| 📄 | 13 | 01/09/2020 | | (M) 20 Day (P) Summons (Sub) Received | Event | |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 15 | 01/08/2020 | | Motion to Quash | Event | |
| 📄 | 14 | 01/08/2020 | | Notice of Appearance | Event | *Parties: Pedowitz Michael Joseph; SALSON LOGISTICS INC.* |
| 📄 | 12 | 01/06/2020 | | Affidavit of: | Event | **RETURN OF NON-SERVICE WITHOUT SUM-MONS.** |
| | 11 | 12/04/2019 | | Receipt: | Event | **RECEIPT#:3510188 AMT PAID:$10.00 NAME:WILLIAM RUGGIERO 200 S ANDREWS AVE # 703 FORT LAUDERDALE FL 33301-1864 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:** |
| | | 12/03/2019 | | 20 Day Summons Issued | Service | |
| 📄 | 10 | 12/03/2019 | | ESummons 20 Day Issued | Event | *Parties: Wilson Cedrick Samuel* |
| 📄 | 9 | 12/02/2019 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 📄 | 8 | 11/27/2019 | | Amended Complaint | Event | |
| 📄 | 7 | 11/21/2019 | | Amended Complaint | Event | |
| | | 10/29/2019 | | 20 Day Summons Issued | Service | |
| 📄 | 6 | 10/29/2019 | | ESummons 20 Day Issued | Event | *Parties: SALSON LOGISTICS INC.* |
| | 5 | 10/29/2019 | | Receipt: | Event | **RECEIPT#:3570123 AMT PAID:$10.00 NAME:WILLIAM RUGGIERO 200 S ANDREWS AVE # 703 FORT LAUDERDALE FL 33301-1864 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 3 | 10/24/2019 | | Receipt: | Event | RECEIPT#:3540410 AMT PAID:$401.00 NAME:WILLIAM RUGGIERO 200 S ANDREWS AVE # 703 FORT LAUDERDALE FL 33301-1864 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AM |
| 4 | 10/23/2019 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 2 | 10/21/2019 | | Complaint | Event | |
| 1 | 10/21/2019 | | Civil Cover | Event | |

◀◀ Back to Results

**Please be advised:**

The Miami-Dade Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office. This website does not provide legal advice of any kind. If you require legal advice, please consult a qualified attorney of your choosing.

Service through the Clerk's electronic access is not the official record of the Clerk. In order to assure the accuracy of the data or information, the Clerk's Office should be consulted regarding the Official Court Record.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this Link. (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH)   |

Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)

Clerk's Home (http://www.miami-dadeclerk.com/home.asp)   |

Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page)   |

Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)   | (http://www.miamidade.gov)

Contact Us (http://www.miami-dadeclerk.com/contact.asp)   |   About Us (http://www.miami-dadeclerk.com/about.asp)

2015 Clerk of the Courts. All Rights reserved.